USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dora Ampong, | |
| Plaintiff, | 1:21-cv-02049 (CM) (SDA) |
| -against- | ORDER |
| Costco Wholesale Corp., | |
| Defendant. | |

**STEWART D. AARON, United States Magistrate Judge:**

On September 19, 2022, following the filing of correspondence from the parties on September 15, 2022 (ECF Nos. 60, 61 and 62), Judge McMahon entered an Amended Order of Reference referring to me discovery disputes. (*See* ECF No. 63.) I have reviewed the parties' September 15 correspondence and find that there are no current discovery disputes that are ripe for determination. Judge McMahon unequivocally has stated that all discovery must be completed by the current deadline of October 7, 2022. (*See* ECF No. 57.)

Plaintiff may serve a notice of deposition of the identified Costco employee to occur on or before October 7, 2022. If Defendant believes it has valid grounds to oppose the taking of such deposition, it may make a motion for a protective order promptly after the notice is received.

Dated: New York, New York
         September 19, 2021

**SO ORDERED**.

_____
**STEWART D. AARON**
**United States Magistrate Judge**