USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dora Ampong, <br><br> Plaintiff, <br><br> -against- <br><br> Costco Wholesale Corp., <br><br> Defendant. | 1:21-cv-02049 (CM) (SDA) <br><br> **ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1. Defendant's motion to quash (ECF No. 65) is DENIED.

2. No later than 5:00 p.m. today, Defendant's counsel shall provide at least two dates between September 28 and October 6, 2022 when counsel for Defendant is available to take the deposition of Dr. Scilaris. Dr. Scilaris shall use his best efforts to accommodate one of the dates provided by defense counsel. If he is unable to do so, Dr. Scilaris shall file a sworn declaration, no later than September 28, 2022, regarding his unavailability.

3. No later than 5:00 p.m. today, Plaintiff shall serve, via email, upon defense counsel the subpoenas for Mr. Obedi and Ms. Gaceru and such service shall be deemed good and sufficient service.

2

Dated:   New York, New York
         September 22, 2022

**SO ORDERED**.

_____
**STEWART D. AARON**
**United States Magistrate Judge**