```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dora Ampong,

                         Plaintiff,

-against-

Costco Wholesale Corp.,

                         Defendant.

1:21-cv-02049 (CM) (SDA)

AMENDED ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The settlement conference currently scheduled for May 13, 2024 (*see* ECF No. 89) is adjourned until Monday, May 20, 2024, at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Monday, May 13, 2024).

**SO ORDERED.**

Dated:      New York, New York
            May 3, 2024

_____
STEWART D. AARON
United States Magistrate Judge