UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DORA AMPONG,

                Plaintiff,

-against-

COSTCO WHOLESALE CORP.

                Defendant.
----------------------------------------X

Civil Action No.
21-cv-02049

STIPULATION
OF DISMISSAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/22/24

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Hauppauge, New York
       July [August] 6, 2024

MIRMAN, MARKOVITS & LANDAU, P.C.

BY: _____
    Ronald J. Landau
Attorneys for Plaintiff
Office & P.O. Address:
291 Broadway – 6th Floor
New York, New York 10007
(212) 227-4000

SIMMONS JANNACE DELUCA, LLP

BY: _____
    Ian E. Hannon
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION
s/h/a COSTCO WHOLESALE CORP.
Office & P.O. Address:
43 Corporate Drive
Hauppauge, New York 11788-2048
(631) 873-4888

SO ORDERED:

_____
8/22/24